NOVEMBER 9, 2005

No. 05A419. THACKER v. LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE. Application for

stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.